IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01034-WYD-KMT

DR. BETHANN BIERER,

    Plaintiff,

v.

METROPOLITAN STATE COLLEGE OF DENVER BOARD OF TRUSTEES, a Colorado body corporate;
MARIA GARCIA BERRY, in her official capacity as Trustee;
DAWN P. BOOKHARDT, in her official capacity as Trustee;
ROBERT COHEN, in his official capacity as Trustee;
ANTONIO ESQUIBEL, in his official capacity as Trustee;
GERIE GRIMES, in her official capacity as Trustee;
WILLIAM HANZLIK, in his official capacity as Trustee;
MELODY HARRIS, in her official capacity as Trustee;
MICHELLE M. LUCERO, in her official capacity as Trustee;
ADELE PHELAN, in her official capacity as Trustee;
ELLEN S. ROBINSON, in her official capacity as Trustee;
EUGENE W. SAXE, in his official capacity as Trustee;
DR. ELLEN SUSMAN, in her individual capacity;
DR. MARY ANN WATSON, in her individual capacity;
DR. JOAN FOSTER, in her individual capacity; and
DR. STEPHEN M. JORDAN, in his official and individual capacities,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendants' Motion to Dismiss [doc. #6], filed July 6, 2009, is **STRICKEN** with leave to refile in compliance with my Practice Standards, which provide that the text of opening briefs shall not exceed fifteen (15) pages in length.  The Motion shall be refiled not later than **Friday, July 17, 2009**.

    Dated: July 7, 2009