IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01034-WYD-KMT

DR. BETHANN BIERER,

    Plaintiff,

v.

METROPOLITAN STATE COLLEGE OF DENVER BOARD OF TRUSTEES, a Colorado body corporate;
MARIA GARCIA BERRY, in her official capacity as Trustee;
DAWN P. BOOKHARDT, in her official capacity as Trustee;
ROBERT COHEN, in his official capacity as Trustee;
ANTONIO ESQUIBEL, in his official capacity as Trustee;
GERIE GRIMES, in her official capacity as Trustee;
WILLIAM HANZLIK, in his official capacity as Trustee;
MELODY HARRIS, in her official capacity as Trustee;
MICHELLE M. LUCERO, in her official capacity as Trustee;
ADELE PHELAN, in her official capacity as Trustee;
ELLEN S. ROBINSON, in her official capacity as Trustee;
EUGENE W. SAXE, in his official capacity as Trustee;
DR. ELLEN SUSMAN, in her individual capacity;
DR. MARY ANN WATSON, in her individual capacity;
DR. JOAN FOSTER, in her individual capacity; and
DR. STEPHEN M. JORDAN, in his official and individual capacities,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion to Stay Proceedings, Vacate Scheduling Conference, and Extend Deadlines for Briefing on Defendants' Amended Motion to Dismiss [doc. #11], filed July 17, 2009, is **GRANTED in part**, insofar as it requests an extension of time for Plaintiff to respond to Defendants' Amended Motion to Dismiss. Plaintiff shall respond to Defendants' Amended Motion to Dismiss [doc. #10] not later than **Wednesday, October 14, 2009**.  Any ruling on the remainder of the present Motion is deferred to Magistrate Judge Kathleen M. Tafoya.

    Dated: July 17, 2009.