IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01034-WYD-KMT

DR. BETHANN BIERER,

    Plaintiff,

v.

METROPOLITAN STATE COLLEGE OF DENVER BOARD OF TRUSTEES, a Colorado body corporate;
MARIA GARCIA BERRY, in her official capacity as Trustee;
DAWN P. BOOKHARDT, in her official capacity as Trustee;
ROBERT COHEN, in his official capacity as Trustee;
ANTONIO ESQUIBEL, in his official capacity as Trustee;
GERIE GRIMES, in her official capacity as Trustee;
WILLIAM HANZLIK, in his official capacity as Trustee;
MELODY HARRIS, in her official capacity as Trustee;
MICHELLE M. LUCERO, in her official capacity as Trustee;
ADELE PHELAN, in her official capacity as Trustee;
ELLEN S. ROBINSON, in her official capacity as Trustee;
EUGENE W. SAXE, in his official capacity as Trustee;
DR. ELLEN SUSMAN, in her individual capacity;
DR. MARY ANN WATSON, in her individual capacity;
DR. JOAN FOSTER, in her individual capacity; and
DR. STEPHEN M. JORDAN, in his official and individual capacities,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff Bierer's Unopposed Motion For Permission To File Response Brief In Excess of 15 Pages, [doc. #16], filed October 13, 2009 is **GRANTED**.

    Dated: October 14, 2009.